IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL LAQUINN JONES | ) | No. C 10-5076 LHK (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| ANTHONY HEDGEPETH, Warden | ) | |
| Respondent. | ) | |

    Petitioner, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on November 9, 2010. Petitioner seeks habeas relief from his underlying criminal conviction and sentence from the Superior Court of California in Fresno, which lies in the Eastern District of California.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, the Eastern District of California is the district of conviction.

    Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district of Petitioner's conviction at issue in this petition. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b)(1). The Clerk shall terminate any pending motions

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.10\Jones076trans.wpd

1  and transfer the entire file to the Eastern District of California.

2       IT IS SO ORDERED.

3  DATED: _12/17/2010_____        _____*Lucy H. Koh*_____
                                            LUCY H. KOH
4                                           United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\HC.10\Jones076trans.wpd        2